NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29699
14-SEP-2011
11:14 AM**

NO. 29699

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

OLGA MARY LANSING, Plaintiff/Counterclaim-Defendant/
Appellant, v. NANCEE JENKO-CRISPIN, Defendant/Counterclaim-
Plaintiff/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-1891)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the letter, which appears to be, and which we will treat as, a motion for reconsideration of the Summary Disposition Order entered on August 24, 2011, filed on September 7, 2011 by Plaintiff/Counterclaim-Defendant/Appellant Olga M. Lansing, pro se, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied as untimely.

DATED: Honolulu, Hawaiʻi, September 14, 2011.

On the motion:


Olga Mary Lansing,
Plaintiff-Appellant, pro se.

Presiding Judge


Associate Judge


Associate Judge